## ELECTRONIC RECORD

CCA #    09-14-00089-CR

OFFENSE:    Murder

STYLE:    Joshua Glaze v. The State of Texas

PUNISHMENT: life

COUNTY:    Hardin

TRIAL COURT:    356th District Court                                    MOTION
TRIAL COURT #:    22030                         FOR REHEARING IS:
TRIAL COURT JUDGE:    Judge Steven R. Thomas          DATE:
DISPOSITION:    AFFIRMED                          JUDGE:

DATE:    November 19, 2014

Chief Justice
JUSTICE:    Steve McKeithen          PC    NO    S    YES
PUBLISH:    NO                DNP:    YES

CLK RECORD:    03-10-14          SUPP CLK RECORD:
RPT RECORD:    03-24-14          SUPP RPT RECORD:
STATE BR:    09-19-14          SUPP BR:
APP BR:    06-13-14          PRO SE BR:

## IN THE COURT OF CRIMINAL APPEALS

ELECTRONIC RECORD          CCA # 1604-14

----------------------

PRO SE          Petition          Disposition:
FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:

REFUSED          JUDGE:

DATE: 03/04/2015          SIGNED: _____    PC: _____
JUDGE: Per Curiam          PUBLISH: _____    DNP: _____

----------------------

_____ MOTION FOR REHEARING IN          MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____          _____ ON _____

JUDGE: _____          JUDGE: _____